UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22 MJ 1251 JMB ) |
| QUINTEZ SWEET, | ) ) |
| Defendant. | ) |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

The United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Cassandra J. Wiemken, Assistant United States Attorney for the District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1.  Defendant is charged one count of assaulting, resisting or impeding a federal officer resulting in injury, in violation of Title 18, United States Code, Section 111 (a)(1).

2.  Pursuant to Title 18, United States Code, Section 3142(g), the weight of the evidence against defendant, the defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by defendant's release warrant defendant's detention pending trial.

3.  With regard to the weight of the evidence against Defendant, and the nature and seriousness of Defendant's danger; as described in the complaint, Defendant assaulted federal officers, kicking

at them, shoving them, and otherwise resisting arrest.  The evidence against Defendant is strong because it was witnessed by an entire USMS arrest team.

4.	The nature of the incident therefore demonstrates that Defendant is a flight risk and danger to the community, specifically law enforcement.  In fact, Defendant was previously arrested for felony resisting arrest in January of this year.  This fact further evidences his flight risk and danger to the community.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Cassandra J. Wiemken*
CASSANDRA J. WIEMKEN, #91586(KY)
Assistant United States Attorney